170 So. 75

### Horrace GRAY v. STATE.

### 6 Div. 4.

Supreme Court of Alabama.

Oct. 8, 1936.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

Albert Boutwell, of Birmingham, for respondent.

BROWN, Justice.

Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Gray v. State, 170 So. 75.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.